1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.: 5:18-cv-02656-ODW-SHK |
| Plaintiff, | Proposed Judgment Re: Default Judgment |
| v. | |
| JOYCE UNLIMITED, INC., a California corporation; TALAT RADWAN AND NATASHA RADWAN, Co-Trustees of the CANYON SPRINGS INVESTMENT TRUST; and DOES 1-10, inclusive, | |
| Defendants. | |

Proposed JUDGMENT

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JAMES RUTHERFORD shall have JUDGMENT in his favor in the amount of $8,269.00 against Defendants JOYCE UNLIMITED, INC., a California corporation; TALAT RADWAN AND NATASHA RADWAN, Co-Trustees of the CANYON SPRINGS INVESTMENT TRUST ("Defendants") for Defendants' violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Injunctive relief enjoining Defendants from further violations of the ADA, 42 U.S.C. § 12181, et. seq., and mandating that Defendant provide an ADA compliant premises located at 12125 Day Street, Moreno Valley, CA 92557 that is readily achievable.

(2) Attorneys' fees and costs in the amount of $4,644.00.

DATED:

_____
Hon. Otis D. Wright, II.
**United States District Judge**